DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOMINIQUE BARTEET,**
Appellant,

v.

**GEORGE J. JANSSEN,**
Appellee.

No. 4D16-2971

[August 3, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Robert G. Panse, Judge; L.T. Case No. 50-2016-CA-005039-XXXX-MB.

Chance McClain of Law Offices of Chance McClain, Lake Park, for appellant.

Michael P. Hamaway and Jason Ari Smith of Mombach, Boyle, Hardin & Simmons, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***